UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**EDUARDO JOSE CANALES LAMELAS, ET AL.**                    **CIVIL ACTION**

**VERSUS**                                                   **NUMBER: 22-739**

**SALVADOR ABUD**                                            **SECTION: "E"(5)**

## ORDER

The Court, having considered Plaintiffs' Motion for Attorneys' Fees,[1] the record, the applicable law, the Magistrate Judge's Report and Recommendation,[2] and the failure of either party to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion for Attorneys' Fees is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs are awarded $21,424.50 in fees and $402.50 in costs for a total of $21,827.00.

**New Orleans, Louisiana, this 26th day of January, 2024.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 29.
[2] R. Doc. 39.